UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

BARRY JOHNSON
        Plaintiff(s)
  v.
U.S. DEPARTMENT OF JUSTICE
        Defendant(s)

**Judgment in a Civil Case**

Case Number: 5:10-CT-3002-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the defendant's motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that defendant's motion to dismiss is granted and this action is hereby dismissed.

This Judgment Filed and Entered on November 5, 2010, with service on:
Barry Johnson 71077-080, Federal Correctional Institution, P.O. Box 1500, Butner, NC 27509(via U.S. Mail)
Joshua B. Royster (via CM/ECF Notice of Electronic Filing)

November 5, 2010

/s/ Dennis P. Iavarone
Clerk

Raleigh, North Carolina